**Flora J. Moseley SMITH, Appellant,**

v.

**CHASE MANHATTAN MORTGAGE CORPORATION, Appellee.**

No. 06–1915.

United States Court of Appeals, Eighth Circuit.

Submitted: March 12, 2007.

Filed: March 22, 2007.

Robert L. Depper, Jr., Depper Law Firm, Eldorado, AR, Donald Richard Jones, Richard Wilensky, Wilensky & Jones, Patrick J. Mulligan, Eric N. Roberson, Jason H. Fox, Reid Stewart, Law Offices of Patrick J. Mulligan, Dallas, TX, for Appellant.

Floyd M. Thomas, Jr., Matthew J. Shepherd, Compton & Prewett, Danielle J. Szukala, Leann Pedersen Pope, Burke & Warren, Chicago, IL, for Appellee.

Before RILEY, BOWMAN, and ARNOLD, Circuit Judges.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

[UNPUBLISHED]

PER CURIAM.

Plaintiff below claimed that a mortgage lender violated the Real Estate Settlement Procedure Act (RESPA), 12 U.S.C. § 2605(e)(2)(C)(i), by charging her a $5.00 fee for faxing her a payoff statement when she requested it. The district court[1] granted summary judgment to the lender and plaintiff appealed. This case is controlled by *Watt v. GMAC Mortgage Corp.*, 457 F.3d 781 (8th Cir.2006), and *Curran v. Washington Mut. Bank*, 471 F.3d 857 (8th Cir.2006) (per curiam), where we rejected an identical claim, and we therefore reject the claim here.

We decline to address plaintiff's claim that even if a lender can charge fees in the present circumstances, such fees must be reasonable, because the claim was raised on appeal for the first time. *See Watt*, 457 F.3d at 784.

Affirmed.